# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 2:22-mj-5
William Joseph DISHMAN )
(M/W, DOB: 11/12/81) )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment B, incorporated herein by reference.

located in the ___Southern___ District of ___Ohio___ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment A, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a convicted Felon |

The application is based on these facts:
See Affidavit in Support of the Application, incorporated herein by reference.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Teresa Petit, Special Agent #5484
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 5, 2022

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF WILLIAM JOSEPH DISMAN (M/W, DOB 11/12/1981) | Case No. 2:22-mj-5 |

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Teresa Petit, Special Agent (SA), with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so since 2014, and I am currently assigned to the Columbus, Ohio, Field Office.

3. I have participated in numerous investigations focusing on firearms trafficking, gangs, criminal possession and use of firearms, and the distribution of illegal narcotics. I have conducted covert surveillance of suspected narcotic and firearm traffickers, interviewed numerous individuals involved in gangs and illegal firearm and/or narcotic trafficking trade, been a member of surveillance teams, participated in the execution of numerous state and

federal search and arrest warrants involving firearm and/or illegal narcotic traffickers and violent offenders, and participated in the seizure of numerous firearms and controlled dangerous substances. Through my training, education and experience, I have become familiar with the manner in which firearms intended for criminal use are transported, stored, and resold, similar to the transportation, storage and distribution of illegal narcotics. I am also familiar with the methods of payment for such unlawful transfer of firearms and the distribution and the manner in which firearm and/or narcotic traffickers communicate with each other.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, police officers, witnesses, and reports. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on the facts set forth in this affidavit there is probable cause to believe that inside the body of William Joseph DISHMAN (*hereinafter "DISHMAN"*) more specifically described as a male, white, with a date of birth on November 12, 1981, there exists evidence of violations of Title 18 United Sates Code, Section 922(g)(1), that is, possession of a firearm by a prohibited individual, and that execution of the search warrant will constitute evidence of these crimes.

6. I have not included all of the information relevant to the investigation in this affidavit, but I do not believe that I have omitted any information that would have a tendency to defeat a showing of probable cause. To the best of my knowledge and belief, all statements made in this affidavit are true and correct.

## PURPOSE OF AFFIDAVIT

7. I submit this affidavit in support of an application for a warrant to search the person/body

of DISHMAN.

8. I submit pursuant to the facts set forth in this Affidavit that there is probable cause to believe that DISHMAN was engaged in criminal activity, namely criminal violations of United States Code, Title 18, Section 922(g)(1), that is, possession of a firearm by a prohibited individual and that the lawful execution of the search warrant sought herein will lead to additional evidence.

## BASIS FOR FACTS CONTAINED IN THIS AFFIDAVIT

9. Your affiant has participated in the investigation of the below-described offenses. Based upon my personal participation in this investigation, as well as information obtained from other law enforcement officials, I am familiar with the facts and circumstances of this investigation. Your affiant makes this affidavit based, in part, on my personal knowledge and observations derived from my participation in this investigation and, in part, upon information provided to me by other law enforcement officers.

10. Because this affidavit is being submitted for the limited purpose of seeking authorization to execute a search warrant on the person/body of DISHMAN, I have not set forth each and every fact learned during the course of this investigation. I am not relying upon facts not set forth herein in reaching my conclusion that an Order should be issued. Nor do I request that this Court rely upon any facts not set forth herein in reviewing this affidavit in support of the application to for a search warrant.

## FACTS ESTABLISHING PROBABLE CAUSE

11. On August 6, 2021, members of the United States Marshal Service (USMS), Southern Ohio Fugitive Apprehension Strike Team (SOFAST) were looking for DISHMAN, who had an outstanding Federal arrest warrant for a supervised release violation and an arrest warrant from

the Franklin County Municipal Court for Aggravated Assault. The SOFAST members traveled to a residence located at 11613 Timber Ridge Lane, Apartment 2, Cincinnati, OH 45241. The residence belonged to a female, Emma Barrows, that was later confirmed to be married to DISHMAN. At the location, an apartment manager confirmed to the SOFAST members that DISHMAN does reside at the aforementioned residence and also stated he drives a Black Buick with Ohio license plate JJP7353. The SOFAST members identified that the vehicle is registered to DISHMAN's mother, Debbie Davis.

12. Continuing on August 6, 2021, the SOFAST team knocked on the door to the residence and it was opened by Ms. Barrows. She stated to the SOFAST team that DISHMAN was not located in the residence and only identified that his 10-year-old son was present with her. Ms. Barrows gave consent to the SOFAST team to search the residence. While the team was searching, she repeated several times that DISHMAN was not present. The SOFAST team found DISHMAN hiding in the residence inside a wooden box underneath the furnace in the bedroom closet. DISHMAN was then taken into custody.

13. While searching the residence, SOFAST members observed a bag of suspected marijuana and three (3) firearms in plain view. Ms. Barrows provided consent to the SOFAST team to search the remainder of the residence. While searching the residence, SOFAST members located two (2) other firearms, an additional bag of suspected marijuana, and an unknown solid substance that was wrapped in cellophane. A total of five (5) firearms were confiscated from the residence. Those five (5) firearms are more specifically identified below in paragraph 16. Ms. Barrows provided a written statement to the SOFAST team members that three (3) of the recovered firearms do not belong to her. She also acknowledged in her written statement that

4

she had lied to the SOFAST team regarding DISHMAN's whereabouts.

14. The firearms, suspected narcotics, and associated ammunition were taken into the custody of the Hamilton County Sheriff's Office. Each of the firearms were swabbed for potential DNA cellular material. The swabs containing suspected DNA, the firearms, and ammunition were transferred to the custody of the ATF Columbus I Field Office where they are currently stored.

15. On September 12, 2021, ATF Nexus Expert SA William Crayner, examined five (5) firearms to determine their origin and status as to travel in interstate and/or foreign commerce. The five (5) examined firearms are more specifically described as follows:

   A. Ruger, Model AR-556, 5.56 NATO caliber, rifle, serial number 859-54722
   B. Sig Sauer, Model P 238, .380 AUTO caliber pistol, serial number: 27A034894
   C. Beretta, Model BU9 Nano, 9mm Parabellum caliber pistol, serial number: NU081318
   D. Sig Sauer, Model P 938, 9mm Parabellum caliber pistol, serial number: 52E085774
   E. Raven Arms, Model MP 25, .25 AUTO caliber pistol, serial number: 1736844

Based upon the information provided, in support of research, knowledge and experience SA Crayner's findings were that none of the five (5) firearms were manufactured in the state of Ohio and therefore if the firearms were received or possessed in the state of Ohio they traveled in interstate and/or foreign commerce.

16. Your affiant reviewed DISHMAN's criminal history and confirmed that he has prior disabling felony convictions in both state and federal court. More specifically, in 2006, DISHMAN was convicted of felonious assault with a firearm specification in Franklin County Common Pleas Case No. 06-cr-406 and sentenced to a combined term of seven years imprisonment. Likewise, in 2017, DISHMAN was convicted of burglary of a pharmacy and conspiracy to possess with intent to distribute controlled substances in Western District of

Pennsylvania Case No. 2:16-cr-156 and sentenced to a combined term of fifty-one months of imprisonment. These convictions all qualify as disabling offenses under Title 18, United States Code, Section 922(g)(1), as prohibitors for the possession of a firearm and/or ammunition as it is unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one (1) year.

## CONCLUSION

17. Based on the information set forth in this affidavit, I submit there is probable cause to believe that the individual identified as William J. DISHMAN, violated Title 18, United States Code, Section 922(g)(1), that is, possession of a firearm by a prohibited individual. The recovered firearms were swabbed for cellular material and the swabs are maintained by the ATF Columbus I Field Office pending DNA analysis. If a DNA profile or profiles are recovered from these swabs, then a reference standard from DISHMAN is needed for comparison.

18. In view of the above mentioned facts and my training and experience in the investigation of narcotics and firearm related crimes, I believe probable cause exists that contained inside of William J. DISHMAN (M/W, DOB: 11/12/1981) is evidence of the aforementioned violations. Accordingly, your affiant respectfully requests that this Court issue a warrant, authorizing the search of DISHMAN, as more particularly described in Attachment B hereto, incorporated herein by reference, and authorization to search for and seize the items described in Attachment A hereto, incorporated herein by reference.

19. Accordingly, I respectfully request that the Court issue the following:

   a. A Search Warrant for William J. DISHMAN (M/W, DOB: 11/12/1981), to obtain saliva, and or topical or oral skin cells, to be obtained by means of an oral swab.

   b. Authority to execute the Search Warrant with force if necessary

*[signature]* SA5484
Teresa Petit, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn and subscribed to me this
5th day of January 2022

*[signature]*
Kimberly A. Jolson
United States Magistrate Judge

7

## ATTACHMENT A
Items to be Seized

Based upon the above information, your affiant has probable cause to believe that now contained in the body of William J. DISHMAN (M/W, DOB: 11/12/1981), are items as described below in attachment A, which constitute evidence of crimes of Title 18 United States Code, Section 922(g)(1), that is possession of a firearm by a prohibited individual.

A. Saliva, and or topical or oral skin cells, to be obtained by means of an oral swab.

## ATTACHMENT B
Location to be Searched

The body of, William J. DISHMAN, further identified as male, white, with a date of birth on November 12, 1981.